UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID GONZALEZ,<br><br>                Petitioner,<br>     v.<br>WARDEN BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:18-cv-00065-MMD-VPC<br><br>ORDER |

This habeas matter comes before the Court on petitioner's application to proceed *in forma pauperis*. (ECF No. 1.) The Court finds that petitioner is able to pay the $5.00 filing fee.

It is therefore ordered that the application (ECF No. 1) to proceed *in forma pauperis* is denied. Petitioner will have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

If is further ordered that the Clerk send to petitioner two (2) copies of this order. Petitioner must make the necessary arrangements to have one (1) copy of this order attached to the check for the filing fee.

DATED THIS 14th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE