UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID GONZALEZ,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00065-MMD-VPC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 12) is granted. Respondents will have until July 23, 2018, to file and serve their response to the petition for writ of habeas corpus in this case.

DATED THIS 6th day of June 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE